# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JENNIFER KASSING | ) **CIVIL ACTION NO.** |
| | ) 9:12-cv-01242-CWH |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| ACCOUNTS RECEIVABLE | ) |
| MANAGEMENT, INC | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 19th day of June, 2012.

    Respectfully submitted,

    /s/ Holly E. Dowd
    Holly E. Dowd (S.C. Bar No. 77897)
    Weisberg & Meyers, LLC
    ATTORNEYS FOR PLAINTIFF

                                                          409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com

Notice Filed electronically on this 19th day of June, 2012, with:

United States District Court CM/ECF system

s/Holly Dowd
Holly Dowd