# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

Jennifer Kassing,

                Plaintiff,

      vs.

Accounts Receivable Management Inc,

                Defendant.

C/A No.: 9:12-cv-1242-CWH

**ORDER OF DISMISSAL**

      The Court, having been advised by counsel for the parties that the above action has been settled by agreement, and that all parties consent to dismissal,

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Fed. R. Civ. P. 60(b)(6).  In addition, unless a party formally advises the Court within thirty (30) days that it does not consent to the terms of this Order, the parties are hereby deemed to consent to this Court retaining jurisdiction of this action for the purpose of enforcing any settlement agreed to by the parties.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

      **AND IT IS SO ORDERED.**

**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

June **22**, 2012
Charleston, South Carolina