## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JENNIFER KASSING | ) **CIVIL ACTION NO.** |
| | ) 9:12-cv-01242-CWH |
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| ACCOUNTS RECEIVABLE | ) |
| MANAGEMENT, INC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court of South Carolina, Plaintiff's Dismissal of this Case with Prejudice.

DATED this 27th day of August, 2012.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (S.C. Bar No. 77897)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com
ATTORNEYS FOR PLAINTIFF

Notice Filed electronically on this 27th day of August, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch

1